IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ESCO LEWIS BLAYLOCK, III,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **PROGRESSIVE INSURANCE,** | : | **NO. 18-396** |
| **Defendant.** | : | |

## ORDER

AND NOW, this 2nd day of February, 2018, upon consideration of Mr. Blaylock's motion to proceed *in forma pauperis* and his *pro se* Complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The Complaint is DISMISSED for lack of subject matter jurisdiction. The dismissal is without prejudice to Mr. Blaylock refiling this action in state court, or filing an amended complaint in this action within thirty (30) days of the date of this Order in the event he can state a plausible claim for relief within this Court's jurisdiction. Any amended complaint must identify all defendants in the caption and must clearly set forth the basis for the Court's jurisdiction. If Mr. Blaylock files an amended complaint, the Clerk of Court shall not make service until so ORDERED.

3. If Mr. Blaylock fails to file an amended complaint, this case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

/s/ Gerald A. McHugh
GERALD A. MCHUGH, J.