IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ESCO LEWIS BLAYLOCK, III, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PROGRESSIVE INSURANCE, | : | NO. 18-396 |
| Defendant. | : | |

## ORDER

AND NOW, this 28th day of February, 2018, upon consideration of Mr. Blaylock's Amended Complaint (ECF No. 4), it is ORDERED that:

1. The Amended Complaint is DISMISSED for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Mr. Blaylock's federal claims are DISMISSED with prejudice. To the extent the Amended Complaint raises any state law claims, those claims are DISMISSED without prejudice to Mr. Blaylock's right to refile them in state court. Mr. Blaylock may not file a second amended complaint in this matter.

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
GERALD A. MCHUGH, J.